THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:	(619) 374-4100
Facsimile:	(619) 231-9040

Attorneys for Plaintiff VATCHE KALFAYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VATCHE KALFAYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br>and DOE 1 through DOE 10 inclusive,<br><br>    Defendants, | Case No. C-11-3448-DMR<br><br>[PROPOSED] ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: December __29__, 2011

_____
Honorable Donna M. Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

---
1
[PROPOSED] ORDER DISMISSING THE ACTION    C-11-3448-DMR

Case4:11-cv-03448-DMR Document18 Filed12/29/11 Page2 of 2